484

395 A.2d 1013

Commonwealth v. Scudder, Appellant.

Commonwealth v. Paananen, Appellant.

Submitted November 14, 1977. Darrell L. Kadunce, for appellant at No. 568; John J. Morgan, for appellant at No. 802; John H. Brydon, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.